UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW PINEDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3598** |
| **JAMES LEBLANC, WARDEN**<br>**OF DIXON CORRECTIONAL INST.** | **SECTION "K"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Matthew Pineda for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this __31st__ day of _____January_____, 200__.

_____
UNITED STATES DISTRICT JUDGE